Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Andrew M. Volk (*Pro Hac Vice*)
Mark S. Carlson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
andrew@hbsslaw.com
markc@hbsslaw.com

**ATTORNEYS FOR PLAINTIFF
BRIXHAM SOLUTIONS LTD.**

Jonathan S. Kagan (166039)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jkagan@irell.com

Rebecca L. Clifford (254105)
Nima Hefazi (272816)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
rclifford@irell.com
nhefazi@irell.com

**ATTORNEYS FOR DEFENDANT
JUNIPER NETWORKS, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIXHAM SOLUTIONS LTD., a British Virgin Islands International Business Company,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. C:13-00616-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REDUCTION OF CLAIMS AND PRIOR ART** |

1    Pursuant to paragraph 4(b) of this Court's May 23, 2013 Case Management and Pretrial Order (*Dkt.* 26), plaintiff Brixham Solutions Ltd. ("Brixham") and Defendant Juniper Networks, Inc. ("Juniper") hereby submit the following stipulation regarding reduction of claims and prior art in the above-mentioned case:

2.    1.    Brixham shall reduce its asserted claims from 142 to 40 or less in its Infringement Contentions due on July 22, 2013. Brixham shall reduce the number of asserted claims further by October 30, 2013, and further still within two weeks after the Court enters its claim construction order.

3.    2.    Juniper shall reduce the number of prior art references it may assert in its invalidity contentions due on October 7, 2013. Juniper shall further reduce the number of prior art references by December 2, 2013, and further still within four weeks after the Court enters its claim construction order.

4.    3.    After Juniper has had a chance to review the particular claims asserted by Brixham on July 22, 2013, the parties will meet and confer regarding the appropriate limits on the number of asserted claims and prior art references at each of the stages discussed above. When the parties submit the Updated Case Management Conference Statement on August 23, 2013 (in connection with the August 30, 2013 Case Management Conference), the parties will propose numerical limits for each of these subsequent stages.

Dated: July 16, 2013             HAGENS BERMAN SOBOL SHAPIRO LLP

___/s/Steve W. Berman_____
Steve W. Berman (*pro hac vice*)
Andrew M. Volk (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)

*Attorneys for Plaintiff*
Brixham Solutions LTD.

JOINT STIPULATION AND [PROPOSED] ORDER
RE: REDUCTION OF CLAIMS AND PRIOR ART     - 1 -                    Case No. 13-00616-JCS
005010-11  607589 V1

1  Dated:  July 16, 2013                    IRELL & MANELLA LLP

2                                              __/Rebecca L. Clifford_____
3                                              Jonathan S. Kagan
                                               Rebecca L. Clifford
4                                              Nima Hefazi

5                                              *Attorneys for Defendant*
                                               Juniper Networks, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
RE: REDUCTION OF CLAIMS AND PRIOR ART    - 2 -                    Case No. 13-00616-JCS
005010-11  607589 V1

**ORDER**

The above JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING REDUCTION OF CLAIMS AND PRIOR ART is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: __July 17, 2013_____      _____
                                        THE HONORABLE JOSEPH C. SPERO
                                        UNITED STATES MAGISTRATE JUDGE