George C. Summerfield (P40644)
summerfield@stadheimgrear.com
STADHEIM & GREAR LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: 312-755-4400
Facsimile: 312-755-4408

*Attorney for Plaintiff*
*Brixham Solutions, Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRIXHAM SOLUTIONS LTD.,** a British Virgin Islands International Business Company, <br><br> **Plaintiff,** <br><br> v. <br><br> **JUNIPER NETWORKS, INC.,** a Delaware Corporation, <br><br> **Defendant.** | No. CV 13-00616 JCS <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT'S AMENDED COUNTERCLAIMS** <br><br> **Complaint Filed: February 12, 2013** |

Plaintiff, Brixham Solutions, Ltd. ("Brixham") hereby responds to the amended counterclaims of defendant, Juniper Networks, Inc. ("Juniper"), as follows:

**THE PARTIES**

45.  Admitted.

46.  Admitted.

47.  Admitted that Brixham is accusing Juniper of infringing the '895, '621, '652 and '916 patents. Brixham, as the non-burdened party, also contends that such patents are not invalid and not unenforceable.

1

## JURISDICTION AND VENUE

48. Admitted.

49. Admitted.

50. Admitted.

51. Admitted.

## BACKGROUND

52. Admitted.

53. Admitted.

54. Admitted.

## FIRST COUNTERCLAIM

55. Brixham realleges and incorporates herein by reference the allegations and responses contained in the foregoing paragraphs.

56. Admitted.

57. Denied.

58. Admitted that Juniper seeks a declaration of non-infringement. Denied that it is entitled to such declaration.

## SECOND COUNTERCLAIM

59. Brixham realleges and incorporates herein by reference the allegations and responses contained in the foregoing paragraphs.

60. Admitted.

61. Denied.

62. Admitted that Juniper seeks a declaration of invalidity. Denied that it is entitled to such declaration.

**THIRD COUNTERCLAIM**

63-104. Brixham responds that it has filed a motion to dismiss this counterclaim for failure to provide the requisite specificity pursuant to Fed. R. Civ. P. 9(b).

Respectfully submitted,

Dated:  December 10, 2013  *s/ George C. Summerfield*
George C. Summerfield
STADHEIM & GREAR LTD.
400 North Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile:  (312) 755-4408

*Attorney for Plaintiff*
*Brixham Solutions, Ltd.*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States that on December 10, 2013, a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S AMENDED COUNTERCLAIMS was served in accordance with Rule 5, Federal Rules of Civil Procedure on the following counsel of record in the manner indicated:

### Via CM/ECF

Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Talin Gordnia (SBN 274213)
tgordnia@irell.com
1800 Avenue of the Stars
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca L. Clifford (SBN 254105)
rclifford@irell.com
Nima Hefazi (SBN 272816)
nhefazi@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*s/ George C. Summerfield*
George C. Summerfield
STADHEIM & GREAR LTD.

*Attorney for Plaintiff*
*Brixham Solutions, Ltd.*