| | |
|---|---|
| George C. Summerfield<br>summerfield@stadheimgrear.com<br>STADHEIM & GREAR LTD.<br>400 N. Michigan Avenue, Suite 2200<br>Chicago, Illinois 60611<br>Telephone: (312) 755-4400<br>Facsimile: (312)755-4408<br><br>*Attorney for Plaintiff*<br>*Brixham Solutions Ltd.* | Jonathan S. Kagan (SBN 166039)<br>jkagan@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Rebecca L. Carson (SBN 254105)<br>rcarson@irell.com<br>Nima Hefazi (SBN 272816)<br>nhefazi@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>*Attorneys for Defendant*<br>*Juniper Networks, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRIXHAM SOLUTIONS, LTD.,** a British Virgin Islands International Business Company,<br><br>        **Plaintiff,**<br><br>v.<br><br>**JUNIPER NETWORKS, INC.,** a Delaware Corporation,<br><br>        **Defendant.** | **No. CV 13-00616 JCS**<br><br>**JOINT STIPULATION OF DISMISSAL OF CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES UNDER U.S. PATENT NO. 7,609,621**<br><br>**Complaint Filed: February 12, 2013** |

WHEREAS plaintiff, Brixham Solutions Ltd. ("Brixham") no longer wishes to pursue its claims against defendant Juniper Networks, Inc. under U.S. Patent No. 7,609,621 ("the '621 patent");

THEREFORE, the parties stipulate to the dismissal of all claims, counterclaims, and affirmative defenses under the '621 patent pending in this matter. Such dismissal is without prejudice to the right of plaintiff, Brixham to re-file its claim of infringement of the '621 patent in the event that Juniper in the future, but before the expiration of the '621 patent, adds functionality to Juniper's router products, such that the active SONET/SDH PIC in such products process traffic flowing to the standby SONET/SDH PIC in such products, or the equivalent thereof, and without prejudice to the right of Juniper to re-file its counterclaims and affirmative defenses to such infringement claim. Both parties are to bear their respective fees and costs associated with Brixham's claim of infringement of the '621 patent.

Respectfully submitted,

Dated: January 2, 2014

*/s/ George C. Summerfield*
George C. Summerfield
summerfield@stadheimgrear.com
STADHEIM & GREAR LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312)755-4408

*Attorney for Plaintiff Brixham Solutions, Ltd.*

| | | |
|---|---|---|
| Dated: January 2, 2014 | | */s/ Rebecca L. Carson* |

Rebecca L. Carson (SBN 254105)
rcarson@irell.com
Nima Hefazi (SBN 272816)
nhefazi@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant Juniper Networks, Inc.*

**SO ORDERED:**

Dated: 01/06/2014

The Honorable Joseph C. Spero
United States Magistrate Judge

3

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 2, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ George C. Summerfield*
George C. Summerfield